No. 735.   BRETT ET AL. *v.* UNITED STATES.   April 12, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Frank Funkhouser* for petitioners.   *Solicitor General Reed* and *Mr. G. A. Iverson* for the United States.

Nos. 775 and 776.   NEW YORK EX REL. HUDSON RIVER CONNECTING RAILROAD CORP. *v.* STATE TAX COMMISSION. April 12, 1937.   Petition for writs of certiorari to the Supreme Court of New York denied.   *Messrs. Kenneth O. Mott-Smith* and *Clive C. Handy* for petitioner. *Messrs. Wendell P. Brown* and *Henry Epstein* for respondent.

No. 779.   SAN ANTONIO UTILITIES LEAGUE ET AL. *v.* SOUTHWESTERN BELL TELEPHONE CO. ET AL.   April 12, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Robert Lee Bobbitt* for petitioners.   No appearance for respondents.

No. 786.   MORAN BROTHERS CONTRACTING CO., INC. ET AL. *v.* DIOMEDE ET AL.   April 12, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Elmer Clyde Sherwood* for petitioners.   *Mr. Clayton J. Heermance* for respondents.

No. 790.   ISENBERG *v.* CUMMINGS, ATTORNEY GENERAL, ET AL.   April 12, 1937.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Messrs. Reuben D. Silliman, George*